**POLLOCK v. PENNSYLVANIA IRON-WORKS CO.** (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by Alexander Pollock against the Pennsylvania Iron-Works Company. No opinion. Motion for leave to appeal to the court of appeals granted. See 34 N. Y. Supp. 129.

**PRITCHARD, Respondent, v. PALMER et al., Appellants.** (Supreme Court, General Term, Fourth Department. July, 1895.) Action by Lydia Pritchard, personally, and as executrix, etc., of William Dickerson, deceased, against Seldon Palmer and others. No opinion. Judgment affirmed, with costs.

**QUIGG, Plaintiff, v. INTERNATIONAL SHIRT & COLLAR CO., Defendant.** (City Court of New York, General Term. October 29, 1895.) Action by Edward C. Quigg against the International Shirt & Collar Company. Fromme Bros., for appellant. David Leventritt, for respondent. No opinion. Judgment and order affirmed, with costs.

**RABINOWITZ, Respondent, v. BURNS, Appellant.** (City Court of New York, General Term. October 29, 1895.) Action by Abraham Rabinowitz against Michael F. Burns. John J. Macklin, for appellant. Moses H. Grossman, for respondent. No opinion. Judgment and order affirmed, with costs.

**RALLI et al., Respondents, v. EQUITABLE MUT. FIRE INS. CO., Appellant.** (City Court of New York, General Term. November 23, 1895.) Action by Pandia C. Ralli and others against the Equitable Mutual Fire Insurance company. Charles Wehle, for respondents. Alex. S. Bacon, for appellant.

PER CURIAM. The judgment is modified so as to allow defendant to withdraw demurrer and serve answer within six days, upon payment of $75.83, the costs taxed below, provided that defendant secures plaintiffs' recovery by undertaking with two sureties, and, as so modified, affirmed, without costs.

**RALPH, Appellant, v. INDUSTRIAL MANUF'G CO., Respondent.** (Supreme Court, General Term, First Department. October 18, 1895.) Action by Alpheus P. Ralph against the Industrial Manufacturing Company. W. B. Tullis, for appellant. C. Strauss, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and with leave to renew motion.

**RATELL, Respondent, v. HOVEY, Appellant.** (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Anthony Ratell against Belle Hovey. No opinion. Judgment of the county court and that of the justice's court reversed.

**RAVENE et al., Appellants, v. ROGERS, Respondent.** (Supreme Court, General Term,

First Department. November 15, 1895.) Action by Louis Ravené and another against Henry Rogers. A. E. Hinrichs, for appellants. G. W. Miner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

**REED, Respondent, v. ALBION STONE CO., Appellant.** (Supreme Court, General Term, First Department. March Term, 1895.) Action by Thomas F. Reed against the Albion Stone Company. No opinion. Judgment and order affirmed.

**REED, Respondent, v. THIRD AVENUE R. CO., Appellant.** (City Court of New York, General Term. November 26, 1895.) Action by Margaret Reed against the Third Avenue Railroad Company. Hoadly, Lauterbach & Johnson, for appellant. M. P. O'Connor, for respondent.

McCARTHY, J. From a careful examination of the evidence, we think it is shown that the defendant was not alone negligent, but the plaintiff was guilty of contributory negligence, and therefore cannot recover. It is unfortunate that the plaintiff should be hurt, but, since we must obey the law, we are not permitted to exercise our sympathy. Perhaps on a new trial the plaintiff may be able to explain the discrepancies. It is unnecessary to cite authorities. Judgment must be reversed, and a new trial granted, with costs to abide the event.

**REYNOLDS, Respondent, v. MOORE, Appellant.** (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by William J. Reynolds against Joseph Moore, impleaded, etc. No opinion. Reargument ordered upon failure of concurrence. Code Civ. Proc. § 281.

**RIDDELL, Appellant, v. TRAVIS, Respondent.** (Supreme Court, General Term, Fifth Department, March Term, 1895.) Action by Mary E. Riddell against Frank Travis, impleaded, etc. No opinion. Order affirmed on opinion in Riddell v. Riddell, 85 Hun, 482, 33 N. Y. Supp. 99.

**RILEY v. HALLETT.** (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by Riley against Hallett. No opinion. Motion for reargument denied. See 31 N. Y. Supp. 1132.

**ROARTY v. McDERMOTT et al.** (Supreme Court, General Term, First Department. November 15, 1895.) Action by James Roarty against Edward C. McDermott and others. No opinion. Motion for resettlement denied, except as to formal parts of order. See 35 N. Y. Supp. 308.

**ROBBINS, Respondent, v. GRIMES, Appellant.** (Supreme Court, General Term, Fourth Department. February Term, 1895.) Action by George B. Robbins against William Grimes. No opinion. That part of the judgment and order appealed from affirmed, with costs.